UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO ROBERTS, JR., ) | Case No. CV 09-4409 DSF(JC) |
| Petitioner, ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. ) | |
| KEN CLARK, Warden, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.[1] The Court approves and accepts the Report and Recommendation.

---

[1] To the extent petitioner attempts to raise a claim of evidentiary error (Objections at 1) or additional claims of instructional error (Objections at 2, 3), this Court declines to consider such new arguments raised for the first time in Objections to the Report and Recommendation. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

1     IT IS ORDERED that Judgment be entered denying the Petition and
2  dismissing this action with prejudice.
3     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4  Report and Recommendation, and the Judgment herein on petitioner and counsel
5  for respondent.
6     LET JUDGMENT BE ENTERED ACCORDINGLY.
7           9/17/12
8     DATED: _____
9
10                          _____
11                          HONORABLE DALE S. FISCHER
                            UNITED STATES DISTRICT JUDGE